**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6305**

MARVIN EDUARDO LUNA GOMEZ,

Plaintiff - Appellant,

v.

L. FIELDS, Unit Manager; J. WEBB, Grievance Coordinator; A. BUCKLEN, RNCA,

Defendants - Appellees,

and

KEEN MOUNTAIN CORRECTIONAL CENTER; A. DAVID ROBINSON; STEVE HERRICK; C. DAVIS, Warden; K. MCCOY, Assistant Warden; R. WHITT, Chief of Housing and Programs; UM COLLINS; E. WHITED, RNCB (Medical) ADA Coordinator; C. SHELTON, Unit Manager,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Chief District Judge. (7:20-cv-00726-MFU-JCH)

Submitted: August 29, 2023                    Decided: September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin Eduardo Luna Gomez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Eduardo Luna Gomez appeals the district court's order granting summary judgment to Defendants in Gomez's 42 U.S.C. § 1983 action because Defendants demonstrated that Gomez failed to exhaust his administrative remedies. We have reviewed the record and conclude that the district court did not err in finding that Gomez failed to properly exhaust his administrative remedies, and that Gomez did not show that such remedies were unavailable to him. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*